**IN THE MATTER OF THE PETITION
FOR REINSTATEMENT OF
RONALD HOWARD COOPER
TO THE BAR OF MARYLAND**

\*    **IN THE**

\*    **COURT OF APPEALS**

\*    **OF MARYLAND**

\*    **Misc. Docket AG No. 80**

\*    **September Term, 2020**

**ORDER**

Upon consideration of the Petition for Reinstatement to the Bar of Maryland and Bar Counsel's Consent to Petition for Reinstatement, filed in the above-captioned case, it is this 27th day of April, 2021,

**ORDERED**, by the Court of Appeals of Maryland, that the Petition be, and the same hereby is, GRANTED; and it is further

**ORDERED,** that Ronald Howard Cooper is reinstated as a member of the Bar of Maryland; and it is further

**ORDERED**, that the Clerk of the Court shall replace the name Ronald Howard Cooper upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk